JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS DENNIS,<br><br>  Plaintiff,<br><br>  vs.<br><br>FORD MOTOR COMPANY,<br><br>  Defendant(s). | Case No.: 8:25-CV-00785-JWH (KES)<br><br>Action Filed: March 11, 2025<br>Removed:    April 11, 2025<br>Trial Date:  *Pending*<br>Judge:       Hon. John W. Holcomb<br>Ctrm:        9D<br><br>**JUDGMENT** |

On May 22, 2025, Defendant FORD MOTOR COMPANY served its Offer of Judgment pursuant to Federal Rule of Civil Procedure, Rule 68 ("Offer") on Plaintiff NICHOLAS DENNIS. The pertinent terms of the Offer are as follows:

1. Plaintiff Nicholas Denis ("Plaintiff"), who has a unity of interest in the subject vehicle, will surrender the 2023 Ford F-150 (VIN 1FTFW1ED4PFA40602), with clear title, free and clear of all liens and encumbrances, other than any outstanding installment loan amounts on the subject vehicle. Plaintiff will deliver the subject vehicle to Ford on a date, time and place mutually agreeable and will provide the financial documents required to transfer title and a copy of this signed offer in advance of the surrender.

2. Ford will pay to Plaintiff the lump sum of eighty-one thousand five hundred thirteen dollars and sixty cents ($81,513.60). Said amounts represents the fully financed purchase price of the subject vehicle, including all incidental and consequential damages, and civil penalties, if any. Plaintiff will provide Ford with current payoff information on any active installment loan on the subject vehicle and, deducting from the amount above, Ford will pay the remaining balance directly to the lender, discharging the installment loan on the subject vehicle. The settlement check(s) shall be sent by Ford within 3 days after surrender of the subject vehicle.

3. As part of this offer, Ford offers to permit judgment be entered solely upon the terms of Paragraph 1 and 2, and agrees to pay reasonable and actually incurred attorney fees and costs in the amount of ten thousand dollars ($10,000).

4. Plaintiff will dismiss this action, as to all parties, with prejudice within 14 days after Plaintiff's counsel has received all funds owed pursuant to this offer.

Plaintiff NICHOLAS DENNIS accepted such offer by directing his counsel to sign the acceptance line on May 22, 2025; a signed and accepted copy of the Offer was thereafter served. Counsel for Plaintiff then filed Notice of Acceptance of Fed. R. Civ. Proc. Rule 68 Offer of Judgment on May 22, 2025.

WHEREFORE, by virtue of the law and by reason of the premises aforesaid,

1 | It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Judgment is granted and shall be entered in favor of Plaintiff NICHOLAS DENNIS, and against Defendant FORD MOTOR COMPANY, in the amount of $81,513.60, along with Plaintiff's costs, including attorney fees and expenses, incurred in this action in the amount of $10,000.00.

**IT IS SO ORDERED.**

DATED: June 2, 2025

Hon. John W. Holcomb
UNITED STATES DISTRICT JUDGE